ANN R. BANDES, Respondent, *v.* TRIBOROUGH BRIDGE AUTHORITY, Appellant, Respondent, Impleaded with ZUCKER WATER & SEWER SERVICE CORPORATION, Respondent, Appellant, and HAROLD H. TOMPKINS and Others, Defendants.*

Supreme Court, Appellate Term, First Department, July 2, 1937.

*Paul Windels, Corporation Counsel [Elizabeth Rogers Horan of* counsel], for the Triborough Bridge Authority, appellant, respondent.

*Morris B. Matzkin,* for the Zucker Water & Sewer Service Corporation, respondent, appellant.

*Abraham J. Halprin [Irving Barry of* counsel], for the plaintiff, respondent.

PER CURIAM. Judgment modified to the extent of permitting defendant Zucker Water & Sewer Service Corporation to share in the fund *pro rata* with the plaintiff and the codefendants lienors, and as modified affirmed, without costs of appeal to any party.

All concur. Present — LYDON, LEVY and FRANKENTHALER, JJ.

* Modfg. 165 Misc. 698.